# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KORE CAPITAL CORPORATION**<br>Plaintiff,<br>v.<br>**STONEMOR OPERATING LLC**<br>Defendant. | CIVIL ACTION NO. 21-3485 |

## ORDER

**AND NOW,** this 22nd day of June 2022, upon consideration of the Motion to Dismiss [Doc. No. 3] and the Motion to Strike Jury Demand [Doc. No. 6] and the responses and replies thereto, it is hereby **ORDERED** that the Motions are **DENIED**. Defendant shall file an answer to the Complaint within 21 days.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**